IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ELIZABETH MELENDEZ,<br>PLAINTIFF, | § § § | |
| V. | § § | |
| SAN MARCOS REHABILITATION<br>AND HEALTHCARE CENTER,<br>DEFENDANT. | § § § § § | CAUSE NO. 1:21-CV-718-LY |

## FINAL JUDGMENT

On this date, the court rendered an order dismissing the case without prejudice. The court now renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this action is hereby **CLOSED**.

**IT IS FURTHER ORDERED** that Defendant San Marcos Rehabilitation and Healthcare Center shall recover its costs of court from Plaintiff Elizabeth Melendez.

SIGNED this _9th_ day of December, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE